UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOSEPH VERREAULT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, ACTING<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:21-cv-01648-GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE REVISED SCHEDULING ORDER** |

　　　The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, The Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which eliminates the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

　Dated:　**March 9, 2022**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE